**ASIA SOURCING CORPORATION, Plaintiff,**

v.

**UNITED STATES, Defendant.**

Slip Op. 15–97.
Court No. 13–00161.

United States Court of
International Trade.

Aug. 27, 2015.

## JUDGMENT

LEO M. GORDON, Judge.

Before the court is the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand (Aug. 20, 2015), ECF No. 54 ("*Remand Results*"). There being no challenge to the *Remand Results,* it is hereby

**ORDERED** that the *Remand Results* are sustained.